IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ARTHUR O. ARMSTRONG,           )
                               )
            Plaintiff,         )
                               )
     v.                        )     1:23-cv-642
                               )
NORTH CAROLINA, and            )
ACE TOWING AND RECOVERY,       )
                               )
            Defendants.        )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without a certification that an appeal would have any merit.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff shall pay $100 as a monetary sanction for this continuation of his long-standing pattern of frivolous litigation conduct, and further that Plaintiff is **ENJOINED** from filing any document with this Court in any case unless and until he first pays any outstanding monetary sanction(s) and that any documents submitted to the Court by Plaintiff prior to such payment shall be held for his retrieval or returned to him without docketing.

This the 27th day of October, 2023.

　　　　　　　　　　　　　　　　　　 /s/ William L. Osteen, Jr.
　　　　　　　　　　　　　　　　　　 United States District Judge